IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-AP-2285

In re:

KENNETH FAHERTY and             Case No. 02-10137 ABC
MYRA FAHERTY                        Chapter 7

      Debtors.

JON S. NICHOLLS, CHAPTER 7 TRUSTEE,    Adversary Proceeding No. 04-1008 ABC

      Plaintiff/Appellee,

v.

DELCORP, INC., a Misssouri corporation,
DELCORP ACCEPTANCE CORPORATION,
a Missouri corporation, WILLIAMS INDUSTRIES,
a Missouri Corporation, CLYDE WILLIAMS, individually,

      Defendants/Appellants.

### ORDER DISMISSING APPEAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Motion to Dismiss this Appeal with Prejudice, the Court having reviewed the Motion and being otherwise advised, does hereby

ORDER that the Motion is GRANTED. This Appeal is DISMISSED with prejudice.

DATED this 16 day of August, 2005.

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE